AO 442 (Rev. 11/11) Arrest Warrant                                                          SUPPRESSED

US MARSHALS SERVICE
E/MO ST. LOUIS

2019 MAY 16 PM 1:28

**UNITED STATES DISTRICT COURT**
for the
EASTERN DISTRICT OF MISSOURI

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 09 2019

JAMES W. ____, CLERK
By: _____ DEP CLERK

| United States of America | ) |
| v. | ) |
| | ) No. |
| LEON DEMETRIUS ANDERSON, | ) |
| | ) **4:19CR00379 CDP/NAB** |
| Defendant | ) |

ARREST WARRANT        4:19MJ175-BD

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **LEON DEMETRIUS ANDERSON**                          ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

**TWO COUNTS OF FELON IN POSSESSION OF A FIREARM, IN VIOLATION OF 18 U.S.C. § 922G.**

**DETENTION**

Date:  May 16, 2019                              _____
                                                  *Issuing officer's signature*

City and state:  St. Louis, Missouri              GREGORY J. LINHARES, Clerk, U. S. District Court
                                                  *Printed name and title*

---

**RETURN**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
At *(city and state)* _____.

Date: _____

                                                                  _____
                                                                  *Arresting Officer's Signature*

                                                                  _____
                                                                  *Printed name and title*

UNITED STATES DISTRICT COURT        SUPPRESSED
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | No. 4:19-CR-00379 CDP NAB |
| vs. )<br>) | |
| LEON DEMETRIUS ANDERSON, )<br>) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 25, 2018, in St. Louis County, Missouri, within the Eastern District of Missouri,

**LEON DEMETRIUS ANDERSON,**

the Defendant herein, having previously been convicted of a felony offense punishable by imprisonment for a term exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm knowing he had previously been convicted of a felony, said firearm having traveled in interstate or foreign commerce prior to or during Defendant's possession of it.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury charges that:

On or about November 6, 2018, in St. Louis County, Missouri, within the Eastern District of Missouri,

**LEON DEMETRIUS ANDERSON,**

the Defendant herein, having previously been convicted of a felony offense punishable by imprisonment for a term exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm knowing he had previously been convicted of a felony, said firearm having traveled in interstate or foreign commerce prior to or during Defendant's possession of it.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney